**Carla Comerford, Administrator of the Estate of John V. Comerford, Deceased, Plaintiff-Appellant, v. James A. Jones, Jr., Defendant-Appellee.**

Gen. No. 10,703.

Fourth District.

July 7, 1966.

Rehearing denied August 1, 1966.

Olsen, Cantrill & Miller, of Springfield, for appellant; Gillespie, Burke & Gillespie, of Springfield, for appellee. Opinion by JUSTICE CRAVEN. Not to be published in full.